53298

CAUSE NO. 201321089

RECEIPT NO. 5997     0.00      ATY
04-10-2013                     TR # 72895053

PLAINTIFF: MILLER, JAMIE                                In The  55th
    vs.                                                 Judicial District Court
DEFENDANT: STANDARD FUSEE CORPORATION (DBA ORION SAFETY PRODU    of Harris County, Texas
                                                        55TH DISTRICT COURT
                                                        Houston, TX

CITATION (SECRETARY OF STATE)

THE STATE OF TEXAS
County of Harris


TO: STANDARD FUSEE CORPORATION (A FOREIGN CORPORATION) BY SERVING THE
    SECRETARY OF THE STATE OF TEXAS 1019 BRAZOS STREET AUSTIN TEXAS 78701
    FORWARD TO:
    28320 SAINT MICHAEL'S RD  EASTON MD


    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 9th day of April, 2013, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 11th day of April, 2013, under my hand and
seal of said Court.

Issued at request of:                   CHRIS DANIEL, District Clerk
GIBSON, JASONA                          Harris County, Texas
440 LOUISIANA                           201 Caroline    Houston, Texas 77002
HOUSTON, TX 77002                       (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 650-1010
Bar No.: 24000606                       GENERATED BY: MOSLEY, DEANDRA SHAN  73J/DBK/9543220

------------------------------------------------------------------------

                         OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____.M., on the _____ day of _____.

Executed at (address) _____ in

_____ County at _____ o'clock _____.M., on the _____ day of _____.

_____ by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____ copy(ies) of the
                                                                  Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____.

Fee: $_____
                                        _____

                                        _____ of _____ County, Texas

                                        By _____
        Affiant                                         Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.


                                        Notary Public

:N.INT.SECP



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

### Civil Process Pick-Up Form

*All Information on this form is required.

*CAUSE NUMBER 201321089

*ATY ☑   *CIV ☐   *Court # 55th

**REQUESTING ATTORNEY/FIRM NOTIFICATION**

*ATTORNEY: Gibson Jacobs  * PH: 7136301010

*CIVIL PROCESS SERVER: _____

*PH: _____

*PERSON NOTIFIED SVC READY: Vena

*DATE: 4/25/13 @ 11:36

*30th day after date of issuance ____-____-2013

Tracking Number: 72895053

| Type of Service Document: | Tracking Number: |
|---|---|
| Type of Service Document: | Tracking Number: |
| Type of Service Document: | Tracking Number: |
| Type of Service Document: | Tracking Number: |
| Type of Service Document: | Tracking Number: |
| Type of Service Document: | Tracking Number: |
| Type of Service Document: | Tracking Number: |
| Type of Service Document: | Tracking Number: |
| Type of Service Document: | Tracking Number: |
| Type of Service Document: | Tracking Number: |

*Civil Process papers prepared by: Deandra S. Mosley

*Date: 4/11-2013

*Process papers released to: Cara Bonin

*Process papers released by: _____

*Date: May 3rd, 2013   Time: _____ AM / PM

Revised 02/20/12

**RECORDER'S MEMORANDUM**
This instrument is of poor quality at the time of imaging

CONFIRMED FILE DATE: 4/11/2013
Certified Document Number: 55568336 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   June 7, 2013


Certified Document Number:        55568336 Total Pages: 1


*Chris Daniel*
Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# CIVIL PROCESS REQUEST

**FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING**
**FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED**

CASE NUMBER: 2013-21089   CURRENT COURT: 55

TYPE OF INSTRUMENT TO BE SERVED (See Reverse For Types): Original Petition

FILE DATE OF MOTION: April 9, 2013
                     Month/ Day/ Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

1. NAME: Standard Fusee Corporation
   ADDRESS: 1019 Brazos Street, Austin, TX 78701
   AGENT, (if applicable): Texas Secretary of State
   TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type): Citation

   SERVICE BY (check one):
   ☒ ATTORNEY PICK-UP                    ☐ CONSTABLE
   ☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____  Phone: _____
   ☐ MAIL                                ☐ CERTIFIED MAIL
   ☐ PUBLICATION:
       Type of Publication:   ☐ COURTHOUSE DOOR, or
                              ☐ NEWSPAPER OF YOUR CHOICE: _____
   ☐ OTHER, explain _____

**FILED**
Chris Daniel
District Clerk
APR 09 2013
Harris County, Texas
By _____ Deputy

2. NAME: _____
   ADDRESS: _____
   AGENT, (if applicable): _____
   TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type): _____

   SERVICE BY (check one):
   ☐ ATTORNEY PICK-UP                    ☐ CONSTABLE
   ☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____  Phone: _____
   ☐ MAIL                                ☐ CERTIFIED MAIL
   ☐ PUBLICATION:
       Type of Publication:   ☐ COURTHOUSE DOOR, or
                              ☐ NEWSPAPER OF YOUR CHOICE: _____
   ☐ OTHER, explain _____

ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:
NAME: Jason A. Gibson                TEXAS BAR NO./ID NO: 24000606
MAILING ADDRESS: 440 Louisiana St. 2050, Houston, TX 77002
PHONE NUMBER: (713) 650-1010        FAX NUMBER: (713) 650-1011
              area code  phone number             area code  fax number
EMAIL ADDRESS: jag@jag-lawfirm.com

CIVIL AFTER HOURS

Page 1 of 2



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   June 7, 2013

Certified Document Number:        55267411 Total Pages: 1

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**