IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMIE MILLER | § § § | |
| v. | § § § | CIVIL ACTION NO. 4:13-cv-01687 (Jury) |
| STANDARD FUSEE CORPORATION d/b/a ORION SAFETY PRODUCTS | § § | |

**FINAL TAKE NOTHING JUDGMENT AND DISMISSAL WITH PREJUDICE**

The Court considered Plaintiff's Motion for Take Nothing Judgment. After considering the pleadings, the motions and arguments by counsel, if any, the Court *GRANTS* Plaintiffs' Motion.

It is therefore *ORDERED*, *ADJUDGED* and *DECREED* that Plaintiff, Jamie Miller, TAKE NOTHING by reason of this lawsuit against Defendant STANDARD FUSEE CORPORATION d/b/a ORION SAFETY PRODUCTS and that Plaintiff's claims against Defendant STANDARD FUSEE CORPORATION d/b/a ORION SAFETY PRODUCTS are dismissed WITH PREJUDICE.

It if further *ORDERED*, *ADJUDGED* and *DECREED* that all costs of court and other expenses of this suit are taxed to the party incurring the same by agreement of counsel.

SIGNED on _____, 2014.

_____
HONORABLE GRAY H. MILLER