IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMIE MILLER | § § § |
| v. | § CIVIL ACTION NO. 4:13-cv-01687 § (Jury) |
| STANDARD FUSEE CORPORATION d/b/a ORION SAFETY PRODUCTS | § § § § |

## FINAL TAKE NOTHING JUDGMENT AND DISMISSAL WITH PREJUDICE

The Court considered Plaintiff's Motion for Take Nothing Judgment. After considering the pleadings, the motions and arguments by counsel, if any, the Court *GRANTS* Plaintiffs' Motion.

It is therefore *ORDERED, ADJUDGED* and *DECREED* that Plaintiff, Jamie Miller, TAKE NOTHING by reason of this lawsuit against Defendant STANDARD FUSEE CORPORATION d/b/a ORION SAFETY PRODUCTS and that Plaintiff's claims against Defendant STANDARD FUSEE CORPORATION d/b/a ORION SAFETY PRODUCTS are dismissed WITH PREJUDICE.

It if further *ORDERED, ADJUDGED* and *DECREED* that all costs of court and other expenses of this suit are taxed to the party incurring the same by agreement of counsel.

SIGNED on August 26, 2014.

HONORABLE GRAY H. MILLER